In the Matter of the Application of BRUNO KOEHLER and Others to Compel the Board of Elections to Print, etc., Their Names on the Primary Ballots, etc. In the Matter of the Application of FRED WEINGAERTNER and Others to Compel the Board of Elections to Print, etc., Their Names on the Primary Ballots, etc. In the Matter of the Application of CLARENCE T. ROBINSON and Others to Compel the Board of Elections to Print, etc., Their Names on the Primary Ballots, etc. In the Matter of the Application of THOMAS HICKTON and Others to Compel the Board of Elections to Print, etc., Their Names on the Primary Ballots, etc. In the Matter of the Application of GEORGE A. OHLERT and Others to Compel the Board of Elections to Print, etc., Their Names on the Primary Ballots, etc. In the Matter of the Application of CHARLES HEINLEIN and Others to Compel the Board of Elections to Print, etc., Their Names on the Primary Ballots, etc. In the Matter of the Application of ROBERT ROBINSON and Others to Compel the Board of Elections to Print, etc., Their Names on the Primary Ballots, etc. In the Matter of the Application of GEORGE WAGNER and Others to Compel the Board of Elections to Print, etc., Their Names on the Primary Ballots, etc. In the Matter of the Application of CHARLES BRUCKLACHER and Others to Compel the Board of Elections to Print, etc., Their Names on the Primary Ballots, etc. In the Matter of the Application of CHARLES MUELLER and Others to Compel the Board of Elections to Print, etc., Their Names of the Primary Ballots, etc.— Orders affirmed, without costs. No opinion. Mills, Putnam, Blackmar and Kelly, JJ., concur; Jenks, P. J., dissents upon the ground that the statute* contemplates action by at least a majority of the committee to fill vacancies, and inasmuch as the

* See Election Law, § 52, added by Laws of 1911, chap. 891, as amd. by Laws of 1913, chap. 820. — [REP.

certificates were made by but one-half of the total number of the committee, they are insufficient.